# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Huey Brock, | ) |
|       Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **FOR ORDER OF DISMISSAL** |
| vs. | ) |
| Jim Hipner, LLC; Robert Lopez; and Does 1 through 50, inclusive, | ) Case No. 4:15-cv-084 |
|       Defendants. | ) |

On April 24, 2017, the parties filed a "Stipulation for Order of Dismissal." The court **ADOPTS** the stipulation (Docket No. 30) and **DISMISSES** the above-entitled action with prejudice and without costs to any of the parties.

**IT IS SO ORDERED.**

Dated this 25th day of April, 2017.

                                                            */s/ Charles S. Miller, Jr.*
                                                            Charles S. Miller, Jr., Magistrate Judge
                                                            United States District Court